# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-5018

September Term, 2025

1:25-cv-03711-UNA

**Filed On:** June 3, 2026

Edward Hoid,
   Appellant

  v.

Paula Xinis, U.S. District Judge, et al.,
   Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Henderson, Pillard, and Rao, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered January 5, 2026 be affirmed. The district court correctly concluded that appellant's complaint did not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a), which is required in order to "give the defendants fair notice of what the claim is and the grounds upon which it rests," Jones v. Kirchner, 835 F.3d 74, 79 (D.C. Cir. 2016) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
   Daniel J. Reidy
   Deputy Clerk